IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY FRANK KLEIN, : | |
| : | |
| Plaintiff, : | |
| vs. : | Civil Action No.: 14-1050 |
| : | |
| JUST ENERGY GROUP, INC., a Foreign Corporation, JUST ENERGY LIMITED, a Delaware Corporation, JUST ENERGY PENNSYLVANIA CORP., a Delaware Corporation, and JUST ENERGY OHIO, LLC, a Texas Corporation. : : : : : : | |
| : | |
| Defendant. : | |

## ADR NOTICE

Defendants Just Energy Group, Inc., Just Energy Limited, Just Energy Pennsylvania Corp., and Just Energy Ohio, LLC, (collectively "Defendants"), hereby file this ADR Notice.

Mediation in the above-referenced matter is currently scheduled for January 20, 2016 at 10 a.m. before mediator Karen Engro at Courtroom 3A, U.S. Courthouse, 700 Grant St. Pittsburgh, PA.

Date:  December 10, 2015                                   Respectfully submitted,

                                                                                  */s/ Erin Lucas Hamilton*
                                                                                  John F. Povilaitis, Esquire
                                                                                  Pa. I.D. No. 28944
                                                                                  john.povilaitis@bipc.com
                                                                                  Erin Lucas Hamilton, Esquire
                                                                                  Pa. I.D. No. 93852
                                                                                  erin.hamilton@bipc.com

                                                                                  **BUCHANAN INGERSOLL & ROONEY PC**
                                                                                  One Oxford Centre
                                                                                  301 Grant Street, 20th Floor
                                                                                  Pittsburgh, PA 15219
                                                                                  T: (412) 562-8800; F: (412) 562-1041