IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY FRANK KLEIN,<br><br>    Plaintiff,<br>  vs.<br><br>JUST ENERGY GROUP, INC., a Foreign Corporation, JUST ENERGY LIMITED, a Delaware Corporation, JUST ENERGY PENNSYLVANIA CORP., a Delaware Corporation, and JUST ENERGY OHIO, LLC, a Texas Corporation, COLLECTCENTS, INC. o/a CREDIT BUREAU OF CANADA COLLECTIONS, a Foreign Corporation and DATA EXCHANGE, INC., an Oklahoma Corporation<br><br>    Defendant. | Civil Action No.: 14-1050 |

**APPENDIX TO**
**JUST ENERGY DEFENDANTS' STATEMENT OF MATERIAL FACTS**

| Appendix Exhibit No. | Description |
|---|---|
| 1. | Affidavit of Jennifer Johnston |
| 2. | Just Energy Ohio, LLC Dissolution Certificates |
| 3. | Phyllis Settles Enrollment Paperwork |
| 4. | July 21, 2009 Quick Response Outsourcing, LLC Master Service Agreement |
| 5. | September 10, 2008 Collectcents Master Collection Agency Services Agreement |
| 6. | Collectcents' Phyllis Settles Debt Collection Records |
| 7. | December 23, 2015 Jeffrey Frank Klein Deposition Transcript |
| 8. | 2013-2014 Plaintiff Verizon Cellular Phone Service Records |
| 9. | 2013-2014 Plaintiff Google Voice Over IP Account Records |

Date:   February 26, 2016                    Respectfully submitted,

                                                        */s/ Erin Lucas Hamilton*
John F. Povilaitis, Esquire
Pa. I.D. No. 28944
john.povilaitis@bipc.com
Erin Lucas Hamilton, Esquire
Pa. I.D. No. 93852
erin.hamilton@bipc.com

**BUCHANAN INGERSOLL & ROONEY PC**
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
T: (412) 562-8800
F: (412) 562-1041
Firm ID No. 0038