























Chrome File Edit View History Bookmarks Window Help

Google

Voice

CALL   TEXT

Inbox (1)
Starred
Voicemails (1)
Texts
**History**
More ▾

👤 Google Contacts ⑦

Your number:
(419) 359-0702
Credit: $0.10 ⊕

Send feedback

Actions ▾        ↻

☐  +18774075875 Add
   📧 4/6/14 6:17 PM 2 months ago
   Yeah this message is for bye. Yeah, Liz. Bye. Yeah man, Bye. Yeah, hello Bye. Yeah, this is just and if you go. Hi, I'm calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. You call back number toll free is. Yeah, 18774407 haeren 575. Bye.
   ▶ 00:27
   Call Text more ▾

☐  +14122080668 Add - Pittsburgh, PA
   📧 4/5/14 11:44 AM 2 months ago
   Hi Jeff. This is Clay Morrow You and I were talking and Jeff. Sir, actually was talking about me about your case last week. I do want to. T, C, P, A stuff, that he close. But we works pretty good paying for things we could counsel and I had some questions about When you set up, the google voice in and You know where it's being referred to it and What happened. So when you get a chance give me a call (412) 209-0668. Thank you. Bye bye.
   ▶ 00:36
   Call Text more ▾

☐  Unknown
   📧 4/7/14 6:27 PM 2 months ago
   This message is just and. Liz, yeah M. bye. Yeah, I don't. Bye. This is just and if you go. Ohio calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. The call back number toll free is bye. (877) 407-7575 bye.
   ▶ 00:26
   more ▾

~Jeff    ⊞⊞    91-100 of 398    ‹  ›

Transcript useful?

Transcript useful?

Transcript useful?



Chrome   File   Edit   View   History   Bookmarks   Window   Help

https://www.google.com/voice#history/p:10

**Google**

**Voice**

CALL   TEXT

Inbox (1)
Starred
Voicemails (1)
Texts
**History**
More ▾

👤 Google Contacts ⑦

Your number:
(419) 359-0702
Credit: **$0.10** ⑭

Send feedback

☐   +18774077676  Add
    4/5/14 6:17 PM 2 months ago

Yeah this message is for bye. Yeah. Liz. Bye. Yeah man, Bye. Yeah, hello. Bye. Yeah, this is just and if you go. Hi, I'm calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. You call back number toll free is. Yeah, 187-7407 here en 676. Bye.

▸ 00:27

Call  Text  more ▾

☐   +14122626566  Add · Pittsburgh, PA
    4/5/14 11:44 AM 2 months ago

Hi Jeff, This is Clay Morrow You and I were talking and **Jeff**. Sir, actually was talking about me about your case last week, I do went to T. C. P. A stuff, that he does. But we works pretty good paying for things we could counsel on. I had some questions about When you set up, the google voice In and You know where I'e being referred to it and What happened. So when you get a chance give me a call (412)262-6566. Thank you. Bye bye.

▸ 00:36

Call  Text  more ▾

☐   Unknown
    4/1/14 6:27 PM 2 months ago

This message is for yeah, Liz, yeah M, bye. Yeah, I don't. Bye. This Is just and if you go, Ohio calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. The call back number toll free is bye, 1(877) 407-7676 bye.

▸ 00:28

more ▾

+Jeff    Share

91–100 of 539   ‹  ›

Transcript useful?  👍 👎

Transcript useful?  👍 👎

Transcript useful?  👍 👎



Google

**Voice**

**CALL**   **TEXT**

Inbox (1)
Starred
Voicemails (1)
Texts
History
More ▼

👤 Google Contacts ⑦

Your number:
(419) 359-0702
Credit: **$0.10** 🌐

Send feedback

Actions ▼     C

91-100 of 258     ◀  >

☐  👤  +18774047676 Add
📧 4/6/14 6:17 PM 2 months ago

Yeah this message is for bye. Yeah. Liz. Bye. Yeah man, Bye. Yeah, hello. Bye. Yeah, this is just and if you go, Hi, I'm calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. You call back number toll free is, Yeah, 187-7407 here so E75 Bye.

▶ 00:27

Call Text more ▼                                                                                          Transcript useful? 👍 👎

☐  👤  +14122626566 Add - Pittsburgh, PA
📧 4/5/14 11:44 AM 2 months ago

Hi Jen. This is Clay Morrow You and I were talking and Jeff. Sir, actually was talking about me about your case last week. I do want to. T. C., P. A short, that he does. But we works pretty good paying for things we could counsel on. I had some questions about When you set up, the google voice in and You know where it's being referred to it and What happened. So when you get a chance give me a call (412) 209-0668. Thank you. Bye bye.

▶ 00:36

Call Text more ▼                                                                                          Transcript useful? 👍 👎

☐  👤  Unknown
📧 4/7/14 5:27 PM 2 months ago

This message is for yeah. Liz. yeah M, bye. Yeah, I don't. Bye. This is just and if you go. Ohio calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 9 PM. Monday through Friday. The call back number toll free is bye. (877) 407-7575 bye.

▶ 00:26

more ▼                                                                                                        Transcript useful? 👍 👎



Google

Voice

CALL     TEXT

Inbox (1)
Starred
Voicemails (1)
Texts
History
More ▾

👤 Google Contacts ⏱

Your number:
(419) 359-0702
Credit: $0.10 ⊕

Send feedback

Actions ▾     ↻

☐  +18774907675 Add
   📷 4/9/14 5:17 PM 2 months ago

   Yeah this message is for bye. Yeah, Liz. Bye. Yeah man, Bye. Yeah hello. Bye. Yeah. Yeah, this is just and if you go. Hi. I'm calling with a message regarding your
   account. It is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. You call back number toll free is. Yeah, 1877407
   heeren. 678. Bye.

   ▶ 00:27

   Call  Text  more ▾

☐  +14122036568 Add · Pittsburgh, PA
   📷 4/9/14 11:44 AM 2 months ago

   Hi Jeff. This is Clay Morrow You and I were talking and yeah, Sir, actually was talking about me about your case last week. I do went to. T. C. P. A suuri, that he
   does. But we works pretty good paying for things we could counsel on. I har some questions about When you eat up, the google voice in and You know where it's
   being referred to it and What happened. So when you get a chance give me a call (412) 809-8868. Thank you. Bye bye.

   ▶ 00:36

   Call  Text  more ▾

☐  Unknown
   📷 4/7/14 5:27 PM 2 months ago

   This message is for yeah. Liz, yeah M, bye. Yeah, I don't. Bye. This is just and if you go, Ohio calling with a message regarding your account. It is important that
   you return this call between the hours of 10 AM and 9 PM, Monday through Friday. The call back number toll free is bye. 1(877) 407-7675 bye.

   ▶ 00:26

   more ▾



# Google

## Voice

**CALL**   **TEXT**

Inbox (1)
Starred
Voicemails (1)
Texts
**History**
More ▼

👤 Google Contacts ⊘

Your number:
(419) 359-0702
Credit: **$0.10** ⊛

Send feedback

**+Jeff**   ☷☷   ⏻   **Share**

71-80 of 358   ‹   ›

Actions ▼   ↻

▷ 00:27

☑   **Call   Text   more ▼**

+18774076765 Add
📅 5/29/14 4:35 PM 5 weeks ago
Yes message is 4. Bye. Yeah, Liz, yeah M, bye. Yeah, I don't. Bye. This is just and it you go, Ohio calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 9 PM. Monday through Friday. The call back number toll free is. Yeah, 187-7407, yeah, 7675. Bye.

Transcript useful? ⊠ ✕
Inbox
☆

▲ 00:28

☑   **Call   Text   more ▼**

Unknown
📅 5/29/14 6:38 PM 5 weeks ago
Yeah this message is for bye. Yeah, Liz. Bye. yeah M, bye. Yeah, I don't. Bye. This is just and it you go, Ohio calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 9 PM. Monday through Friday. Bye.

▲ 00:27

Transcript useful? ⊠ ✕
Index
☆

☑   Unknown
📅 6/16/14 4:33 PM 6 weeks ago
Yes message is 4. Bye. Yeah, Liz. Bye. Yeah man, Bye. Yeah, hello. Bye. Yeah, this is just and if you go, Ohio calling with a message regarding your account, it is important that you return this call between the hours or 10 AM and 9 PM. Monday through Friday. You call back number toll free is. Yeah, 187-7437 Yes, IN, 676 Bye.

Transcript useful? ⊠ ✕
Inbox
☆

▲ 00:28















Google Voice

CALL   TEXT

Inbox (1)
Starred
Voicemails (1)
Texts
History
More ▾

👤 Google Contacts ⊕

Your number:
(419) 359-0702
Credit: $0.10 ⊕

Send feedback

11-20 of 359   ‹   ›

☐ +855383744  Add
   📞 6/20/14 3:45 PM 12 days ago
   Call  Text  more ▾

☐ +18774077675  Add
   📧 6/18/14 8:33 PM 2 weeks ago
   Yes message is for bye. Yeah, Liz. Bye, yeah! M, bye. Yeah, hello... Bye. Yeah, this is just and if you go. Ohio calling with a message regarding your account. It is
   important that you return this call between the hours of 10 AM and 9 PM. Monday through Friday. You call back number toll free is. Yeah, 187-7407 Yes. IN, 576
   Bye.
   ▸ 00:27

☐ +18035309537  Add - Holly Hill, SC
   📞 6/17/14 8:23 AM 2 weeks ago
   Call  Text  more ▾

☐ +12603160869  Add - Fort Wayne, IN
   📞 6/16/14 6:00 PM 2 weeks ago
   Call  Text  more ▾

☐ +18774077675  Add
   📧 6/16/14 3:34 PM 2 weeks ago
   Yes message is 4. Bye. Yeah, Liz, yeah M, bye. Yeah: hello. Bye. Yeah, this is just and if you go. Hi, I'm calling with a message regarding your account. It is
   important that you return this call between the hours of 10 AM and 9 PM. Monday through Friday. The call back number toll free is. Yeah, 187-7407 heaven. 576. Bye.















