



🦊 Firefox  File  Edit  View  History  Bookmarks  Yahoo!  Tools  Window  Help

Fri 11:16 AM  Q

Google Voice - History

https://www.google.com/voice#history/p5

Prt Stuff ∨   Facebook   Share on Faceboo   Pride Of Detroit...   Pottermore: Gat...   Hogwarts > Home   MuggleNet | The...   MuggleNet | Home   Nepali Stuff ∨   YouTube   Google Maps

Q  Yahoo! Search          SEARCH

# Google

## Voice

**CALL**  **TEXT**

Inbox

Starred

Voicemails

Texts

**History**

More ∨

≡ Google Contacts ⓘ

Your number:
(419) 359-0702

Credit: $0.10 ⓘ

Send feedback

Archive  ↻

☐  +16307741715 Add - La Grange, IL
   8/7/13 8:17 AM 8 months ago
   Call  Text  more ▼

☐  +12809180082 Add - Fort Wayne, IN
   7/31/13 8:07 PM 5 months ago 1 minute long
   Call  Text  more ▼

☐  +15136057483 Add - Cincinnati, OH
   7/10/13 5:27 PM 9 months ago 1 minute long
   Call  Text  more ▼

☐  +15136057483 Add - Cincinnati, OH
   7/9/13 4:56 PM 9 months ago 1 minute long
   Call  Text  more ▼

☐  +19136057483 Add - Cincinnati, OH
   7/8/13 7:24 PM 9 months ago 1 minute long
   Call  Text  more ▼

« Previous Page    Next Page »

+Jeff  ⚙  ∨

41-50 of 288  ‹  ›

Share

Call quality?

Call quality?

Call quality?

Call quality?

Tip: You can allow others to call you from your website or blog by adding a call widget to it. Learn more

©2014 Google - Terms - Blog - Google Home - Follow us on:



Google Voice — History

**Google**

Voice

[CALL] [TEXT]

Inbox
Starred
Voicemails
Texts
History
More »

👤 Google Contacts ⊙

Your number:
(419) 558-0702

Credit: $0.10 ⊕

Send feedback

Actions ▾    ↻

☐  +12609848332 Add - Fort Wayne, IN
    ☎ 10/1/13 3:04 PM 6 months ago
   Call  Text  more ▾

☐  +12609108078 Add - Fort Wayne, IN
    ☎ 9/30/13 8:49 PM 6 months ago 1 minute long
   Call  Text  more ▾

☐  +18774077676 Add
    ☎ 9/30/13 8:49 PM 6 months ago 1 minute long
   Call  Text  more ▾

☐  +12609108078 Add - Fort Wayne, IN
    ☎ 9/30/13 3:14 PM 6 months ago
   Call  Text  more ▾

☐  +18176951242 Add - Fishers, IN
    ☎ 9/18/13 8:04 AM 6 months ago 1 minute long
   Call  Text  more ▾

« Previous Page    Next Page »

Tip: Add callers to your address book and Google Voice will read you their name without screening them. Learn more

©2014 Google - Terms · Blog · Google Home · Follow us on.

Firefox File Edit View History Bookmarks Yahoo! Tools Window Help
(99%) Fri 11:17 AM



Google Voice - History

Google Voice – History

https://www.google's.com/voice#history/p3

Pitt Stuff ▾ | Facebook | Share on Facebo.. | Pride Of Detroit... | Potermore Gal... | Hogwarts > Home | MuggleNet | The... | Nepali Stuff ▾ | YouTube | Google Maps

Yahoo! Search | SEARCH ▾

Google

**Voice**

CALL | TEXT

Inbox
Starred
Voicemails
Texts
**History**
More ▾

Google Contacts

Your number:
(419) 359-0702
Credit: $0.10

Send feedback

+Jeff | Share

21-30 of 288 | ‹ | ›

you, aye, okay, I will see you at 10, so until I use 40 so-and-so like b een at o.
▶ 00:37
Call Text more ▾

Unknown
2/6/14 6:36 PM 2 months ago 1 minute msg
Transcript useful?
more ▾

+1480729049? Add
2/6/14 2:06 PM 2 months ago
Call Text more ▾

Unknown
2/4/14 4:15 PM 2 months ago
This message is for Phyllis and that Hilla. This is just and if you go, Ohio calling with the message regarding your account. It is important that you return the call between the hours of 10 AM and 8 PM Monday through Friday the call back number is Yeah. 1(877) 407-7575.
▶ 00:27
Call quality?
more ▾

Unknown
1/22/14 3:11 PM 2 months ago
This message is for Phyllis and that? This is just and if you go, Ohio calling with a message regarding your account. It is important that you return the call between the hours of 10 AM and 9 PM, Monday through Friday. The call back number fell free is Yeah, 1(877) 407-7575.
▶ 00:28
Transcript useful?



Firefox File Edit View History Bookmarks Yahoo! Tools Window Help

Google Voice - History

Google Voice - History

https://www.google.com/voice/history?p2

Google

Voice

CALL  TEXT

Inbox
Starred
Voicemail
Texts
History
More

Google Contacts ⓘ

Your number:
(419) 359-0702
Credit: $0.10 ⓘ

Send feedback

Actions ▾                          ↻

more ▾

□  +18774077875  Add
   ☎ 3/18/14 7:59 PM 5 weeks ago 1 minute long
   more ▾

□  Unknown
   ☎ 3/17/14 4:43 PM 5 weeks ago 1 minute long
   Call  Text  more ▾

□  Unknown
   ☎ 3/12/14 5:49 PM 4 weeks ago 1 minute long
   more ▾

□  Unknown
   ☎ 3/10/14 4:33 PM ~ week ago 1 minute long
   more ▾

□  Unknown
   ✉ 3/7/14 4:37 PM 4 weeks ago
   This message is for Phyllis and Daniel. This is just and if you go. Ohio calling with a message regarding your account. It is important that you return the call between the hours of 10 AM and 9 PM, Monday through Friday. The call back number toll free is Yeah. 1(877) 407-7875.
   ► 00:26
   more ▾

+Jeff    Share

11-20 of 268    ‹  ›    ⚙  ▾

Transcript used ?

Call quality?

Call quality?

Call quality?

Call quality?

Transcript used?



Google Voice – History

https://www.google.com/voice#history

Pitt. Stuff ▾  📘 Facebook  ☐ Share on Facebo...  🔵 Pride Of Detroit,  🄿 Pennermore Cal...  🅷 Hogwarts > Home  🄼 MuggleNet | The...  ☐ Nepali Stuff ▾  ▶ YouTube

🔍 Yahoo! Search

**Google**

🔍

**Voice**

**CALL**  **TEXT**

Inbox
Starred
Voicemails
Texts
**History**
More ▾

👤 Google Contacts ⓘ

Your number:
**(419) 359-0702**
Credit: **$0.10** ⓘ

Send feedback

☐  Actions ▾   C

▶ 0:26

more ▼

Unknown
📞 4/24/14 4:35 PM 6 days ago 1 minute long

📞 +14193721967  Add - Bowling Green, OH
📞 4/20/14 1:37 PM 7 days ago 2 minutes long
Call   Text   more ▼

Unknown
✉ 4/21/14 6:27 PM 6 days ago

Yeah this message a:–:. Bye. Yeah, Liz. Bye, yeah Hi, bye. Yeah. hello. Bye. Yeah, this is just and if you go, Ohio calling with a message regarding your account, it is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. A call back number is here is, Yeah, 197-7407. yeah, 7575. Bye.

▶ 0:58

more ▼

Unknown
✉ 3/31/14 4:23 PM 10 days ago

This messages as for yeah. Liz, yeah Hi, bye. Yeah, I can't. This is just and if you go, Ohio calling with a message regarding your account. It is important that you return the call between the hours of 10 AM and 9 PM, Monday through Friday. This call back number is here is Yeah's, 497-7407.

▶ 0:25

more ▼

Share

1-10 of 268

Transcript useful?

Call quality?

Call quality?

Transcript useful?

Transcript useful?



https://www.google.com/voice#history/p5

Facebook | Home  Share on Facebook  Pride Of Detroit, a F  Dashboard - Travel  Furthermore 1 uniqu  Hogwarts > Home  NuggleNet | The W

Google

Voice

CALL    TEXT

Inbox (1)
Starred
Voicemails (1)
Texts
History
More ▾

👤 Google Contacts ⑦

Your number:
(419) 359-0702

Credit: $0.10 ⊕

Send feedback

---

▾        Actions ▾        ↻                                          81-90 of 358    ✓    <    >    ⚙    ▸

Share

                                                                                              Transcript useful?

more ▾

▶ C0:27                                                                                                      Index

□  +18774077676 Add
   📧 4/16/14 4:39 PM 2 months ago                                                                              ☆

Yeah this message is «. Bye. Yeah, Liz. Bye. Yeah man, bye. Yeah, I don't. Bye. Yeah, this is just and if you go. Hi. I'm calling with a message regarding your
account. It is important that you return this call between the hours of 10 AM and 9 PM. Monday through Friday. Your call back number toll free is. Yeah, 187-7407
heeren 575. Bye.

▶ C0:27

Call  Text  more ▾                                                                           Transcript useful? ☑ ⚙ ☒

□  +18774077676 Add
   ↳ 4/14/14 4:59 PM 2 months ago 1 minute long                                                                 ☆

Call  Text  more ▾                                                                                      Call quality? ☑

□  +18466558926 Add - Pearl River, NY
   ↳ 4/12/14 11:52 AM 2 months ago                                                                              ☆

Call  Text  more ▾

□  +18774077676 Add
   ↳ 4/11/14 4:18 PM 2 months ago 1 minute long                                                                 ☆

Call  Text  more ▾                                                                                      Call quality? ☑



Google

**Voice**

CALL | TEXT

Inbox (1)
Starred
Voicemails (1)
Texts
**History**
More ▾

👤 Google Contacts ⑦

Your number:
(419) 359-0702
Credit: $0.10 ⊕

Send feedback

☐ ▾     Actions ▾     ↻

▸ 00:25     more ▾

☐     Unknown
        ✉ 2/31/14 4:23 PM 3 months ago

This message is for yeah. Liz, yeah M, bye. Yeah, I don't. This is just and if you go, Ohio calling with a message regarding your account. It is important that you return the call between the hours of 10 AM and 9 PM. Monday through Friday. The call back number toll free is Yeah, 187-740?

▸ 00:25     more ▾

☐     +17024408432 Add Las Vegas, NV
        📞 3/31/14 1:16 PM 3 months ago
        Call Text    more ▾

☐     Unknown
        ✉ 3/28/14 4:31 PM 3 months ago

This message is for yeah. Liz Bye. Yeah, M, bye. Yeah, I don't. Bye. This is just and if you go, Ohio calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 9 PM. Monday through Friday. The call back number toll free is bye, 1(877) 407-7676 bye.

▸ 00:27     more ▾

☐     +18774077675 Add
        📞 3/28/14 4:35 PM 3 months ago

+Jeff    ▾     ⏚     Share

91-100 of 568     ‹     ›     ⚙     ▸

Transcript useful?

Transcript useful?

Transcript useful?



🔖 Facebook · 🔖 My Account – SmugMug R · 🔵 Price of Detroit, a Detro · 🔵 Gag on the brick dick · ✕ · 🔵 Hougnitis, PA – Google M · ✕ · 🔵 Ambridge, PA – Google M · ✕ · 🔵 Google Voice – History · ✕

← → C 🔒 https://www.google.com/voice#history/p/10

🔖 Pit Start · 🔖 Facebook | Home · 🔖 Share on Facebook · 🔵 Pride of Detroit, a D · Dashboard – Travel · Portermore 1 – Mar · 🔖 Hogwarts > Home · 🔖 Nugglenet | The W · » ☐ Other Bookmarks

# Google

**Voice**

+ Jeff    🔔    **Share**

🔴 **CALL**   🟥 **TEXT**

         ▾ Actions ▾    ⟳

☆1–100 of 358    <    >    ⚙    ▸

Inbox (1)
Starred
Voicemails (1)

**Texts**

History

More ▾

---

▸ Voice
Call  Text  more ▾

☐    Unknown
    📧 4/7/14 8:27 PM 2 months ago

This message is for yeah, Liz, yeah M, bye, Yeah, I don't. Bye. This is just and if you, go, Ohio calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. The call back number toll free is bye, (877) 407-7676 bye.

Transcript useful?  ☐ 🔲 ✕

▸ 00:26

     more ▾

Transcript useful?

☆

☐    Unknown
    📞 4/4/14 4:35 PM 2 months ago 1 minute long

     more ▾

Call quality?  ☐ 🔲

☆

☐    +14193727987  Add – Bowling Green, OH
    📞 4/2/14 1:37 PM 2 months ago 2 minute long

Call  Text  more ▾

Call quality?

☆

☐    Unknown
    📧 4/2/14 6:07 PM 3 months ago

Yeah this message is 4. Bye. Yeah, Liz. Bye, yeah M. bye. Yeah, hello. Yeah, this is just and if you go, Ohio calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. A call back number toll free is. Yeah, 187-7497, yeah, 7676. Bye.

▸ 00:28

     more ▾

Transcript useful?

☆

👤 **Google Contacts** ⓟ

Your number:
**(419) 359-0702** ⓖ
Credit: **$0.10** ⓖ

Send feedback



Google

Voice

CALL   TEXT

Inbox (1)
Starred
Voicemails (1)
Texts
History
More ▾

👤 Google Contacts ⑦

Your number:
(419) 359-0702
Credit: $0.10 ⓢ

Send feedback

---

🔍   Q

◇  ▸        Actions ▾        ↻

☐   👤  Unknown
        📞 4/28/14 8:13 PM 2 months ago 1 minute long
        Call  ▮▮  more ▸

☐   👤  Unknown
        📞 4/25/14 4:51 PM 2 months ago 1 minute long
        ▮▮▮  more ▸

☐   👤  Unknown
        📞 4/23/14 4:02 PM 2 months ago 1 minute long
        ▮▮▮  more ▸

☐   👤  +12513428388 Add – Mobile, AL
        📞 4/22/14 5:28 PM 2 months ago
        Call  Text  more ▸

☐   👤  Unknown
        ✉ 4/21/14 4:45 PM 2 months ago
        This message is for bye. Yeah, Liz, yeah M, bye. Yeah, I don't. Bye. This is just and if you go, Ohio calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. The call back number toll free is Yeah, 1(877) 407-7576 bye.
        ▶ 0:27
        ⭐ ▮▮  more ▸



https://www.google.com/voice#history/p9

Google

Voice

| CALL | TEXT |

Inbox (1)
Starred
Voicemails (1)
Texts
**History**
More ▾

👤 Google Contacts ⑦

Your number:
(419) 359-0702
Credit: **$0.10** ⓘ

Send feedback

+Jeff    ▦▦▦▦    🔔    Share    🅖

Actions ▾    ↻                                            61-80 of 558    ⟨    ⟩    ⚙ ▾

☐  Unknown
   📞 4/26/14 4:43 PM 2 months ago 1 minute long                    Call quality? ☆

   more ▾

☐  Unknown
   📞 4/22/14 6:13 PM 2 months ago 1 minute long

   more ▾

☐  Unknown
   📞 4/22/14 4:51 PM 2 months ago 1 minute long                    Call quality? ☆

   more ▾

☐  Unknown
   📞 4/22/14 4:52 PM 2 months ago 1 minute long                    Call quality? ☆

   more ▾

☐  +19519428366 Add - Mobile, AL
   📞 4/22/14 5:28 PM 2 months ago·                                 Call quality? ☆

   Call  Text  more ▾

☐  Unknown                                                          Inbox
   ✉ 4/21/14 4:55 PM 2 months ago·                                          ☆

   This message is for bye  Yeah, Liz, yeah M. bye. Yeah, I don't. Bye. This is just and if you go, Ohio calling with a message regarding your account. It is important
   that you return this call between the hours of 10 AM and 9 PM. Monday through Friday. The call back number toll free is Yeah, 1(877) 407-7676 bye.



Google

**Voice**

CALL    TEXT

Inbox (1)
Starred
Voicemails (1)
Texts
History
More ▾

👤 Google Contacts ⑦

Your number:
(419) 359-0702

Credit: **$0.10** ⊕

Send feedback

🔍

Actions ▾    ↻

91-100 of 358    < >

☐  **+18774077575 Add**
   📧 4/6/14 6:17 PM 2 months ago
   Inbox ☆

Yeah this message is for bye. Yeah, Liz. Bye. Yeah man, Bye. Yeah, this is just and if you go. Hi. I'm calling with a message regarding your account. If is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. You call back number toll free is. Yeah, 187-7407 hasreen 575. Bye.

▶ 00:27    Transcript useful?

Call  Text  more ▾

☐  **+14122050868 Add** - Pittsburgh, PA.
   📧 4/5/14 11:44 AM 2 months ago
   Inbox ☆

Hi Jeff. This is Clay Morrow You and I were talking and Jeff. Sir, actually was talking about me about your case last week. I do want to. T. C. P. A stuff, that he close. But we works pretty good paying for things we could counsel and i had some questions about When you set up, the google voice in and You know where it's being referred to it and What happened. So when you get a chance give me a call **(412) 209-0868.** Thank you. Bye bye.

▶ 00:35    Transcript useful?

Call  Text  more ▾

☐  Unknown
   📧 4/7/14 6:27 PM 2 months ago
   Inbox ☆

This message is for yeah. Liz, yeah M. bye. Yeah, I don't. Bye. This is just and if you go. Ohio calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. The call back number toll free is. bye. **1(877) 407-7575** bye.

▶ 00:26    Transcript useful?

more ▾



🔴🟡🟢  f [1] Facebook
← → C' �n  🔒 https://www.google.com/voice#history/p.10
☐ Pit Stuff  f Facebook | Home  ☐ Share on Facebook  ☐ Pride Of Detroit, a F  Dashboard - Travel  P Betterment: a uniqu

Google

Voice                                    🔍

CALL   TEXT

Inbox (1)
Starred
Voicemails (1)
Texts
History
More ▾

👤 Google Contacts ⑦

Your number:
(419) 359-0702
Credit: $0.10 🌐

Send feedback

☐   +18774077675  Add
      ☎ 4/8/14 6:17 PM 2 months ago

      Yeah this message is for bye. Yeah, Liz. Bye. Yeah man, Bye. Yeah, hello. Bye Yeah, this is just and if you go. Hi, I'm calling with a message regarding your
      account. It is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. You call back number toll free is. Yeah, 187-7407
      has ren 876. Bye.

      ▶ 00:27

      Call  Text  more ▾

☐   +14122030566  Add - Pittsburgh, PA
      ☎ 4/8/14 11:44 AM 2 months ago

      Hi Jeff, This is Clay Morrow You and I were talking and Jeff. Sir, actually was talking about me about your case last week, I do want to. T. C. P. A stuff, that he
      does. But we works pretty good paying for things for bringing we could counsel on. I had some questions about When you set up, the google voice In and You know where It's
      being referred to it and What happened. So when you get a chance give me a call (412) 203-0566. Thank you. Bye bye.

      ▶ 00:36

      Call  Text  more ▾

☐   Unknown
      ☎ 4/1/14 6:27 PM 2 months ago

      This message is for yeah, Liz, yeah M, bye, Yeah, I don't. Bye. This is just and if you go, Ohio calling with a message regarding your account. It is important that
      you return this call between the hours of 10 AM and 9 PM, Monday through Friday. The call back number toll free is bye. (877) 407-7675 bye.

      ▶ 00:26

      more ▾



🔖 Chrome  File  Edit  View  History  Bookmarks  Window  Help

💬 Facebook   ⊞ G: Facebook
← → C  🔒 https://www.google.com/voice/b/history/p10

📁 Fun Stuff   📁 Facebook I Home   💬 Share on Facebook   🔥 Pride Of Detroit, a F   Cyberpunk - Travel   Cyberpunk & uniqu...

☆ My Account – 5.foxXM K...  ×   ⊖ Pride Of Detroit, a Detro  ×   ⊖ Gap on this black dick ...  ×   🔥 Pottermore: Loading   📖 Hogwarts > Home   🎓 Muggle.net I The W...   ☆ Google Voice - History  ×

91-100 of 658

Google

Voice

**CALL**  **TEXT**

Inbox (1)
Starred
Voicemails (1)
**Texts**
**History**
More ▾

👤 Google Contacts ⊘

Your number:
(419) 359-0702
Credit: **$0.10** 💲

Send feedback

Actions ▾   ⟳

☐  •1877407676 **Add**
   📧 4/6/14 6:17 PM 2 months ago

Yeah this message is for bye. Yeah. Liz. Bye. Yeah man. Bye. Yeah, hello. Bye. Yeah, this is just and if you go. Hi. I'm calling with a message regarding your account, it is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. You call back number toll free is, Yeah, 187-7407

▶ 00:27

**Call**  **Text**   **more ▾**

☐  •14122625656 **Add** - Pittsburgh, PA
   📧 4/5/14 11:44 AM 2 months ago

Hi Jen. This is Clay Morrow You and I were talking and Jeff. Sir, actually was talking about me about your case last week. I do want to. T. C. P. A shirt, that he does. But we works pretty good paying for things we could counsel on. I had some questions about When you set up, the google voice in and You know where it's being referred to it and what happened. So when you get a chance give me a call (412) 209-0658. Thank you. Bye bye.

▶ 00:36

**Call**  **Text**   **more ▾**

☐  Unknown
   📧 4/7/14 5:27 PM 2 months ago

This message is for yeah. Liz. yeah M, bye. Yeah, I don't. Bye. This is just and if you go. Ohio calling with a message regarding your account, it is important that you return this call between the hours of 10 AM and 9 PM. Monday through Friday. The call back number toll free is bye. 18(877) 407-7675 bye.

▶ 00:26

**more ▾**

Inbox ✉️
☆

Transcript useful? 👍 👎

Inbox ✉️
☆

Transcript useful? 👍 👎

Inbox ✉️
☆

Transcript useful? 👍 👎



https://www.google.com/voice#history/p:10

Google Voice

CALL | TEXT

Inbox (1)
Starred
Voicemails (1)
Texts
History
More ▾

Your number:
(419) 359-0702
Credit: **$0.10**

Send feedback

🎤 Google Contacts ⓘ

Actions ▾ | C

$1-100 of 358  ‹ ›

**+18774977575** Add
📧 4/9/14 5:17 PM 2 months ago

Yeah this message is for bye. Yeah, Liz. Bye. Yeah man, Bye. Yeah, hello. Bye. Yeah, this is just and if you go. Hi, I'm calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. You call back number toll free is. Yeah, 1877-4977 hannen, 575. Bye.

▶ 00:27

Call Text more ▾                                   Transcript useful? 👍 👎

**+14122626868** Add - Pittsburgh, PA
📧 4/9/14 11:44 AM 2 months ago

Hi Jeff. This is Clay Morrow. You and I were talking and well, Sir, actually was talking about me about your case last week. I do went to. T. C. P. A such, that he does. But we were pretty good paying for things we could counsel on. I har some questions about When you eat up, the google voice in and You know where it's being referred to It and What happened. So when you get a chance give me a call (412) 209-6868. Thank you. Bye bye.

▶ 00:36

Call Text more ▾                                   Transcript useful? 👍 👎

Unknown
📧 4/7/14 5:27 PM 2 months ago

This message is for yeah. Liz, yeah M, bye. Yeah, I don't. Bye. This is just and if you go. Ohio calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. The call back number toll free is bye. 1(877) 407-7575 bye.

▶ 00:26

more ▾                                             Transcript useful? 👍 👎





Google

Voice

CALL  TEXT

Inbox (1)
Starred
Voicemails (1)
Texts
History
More ▾

👤 Google Contacts ⊕

Your number:
(419) 359-0702

Credit: $0.10 ⊕

Send feedback

Actions ▾        ○

☐        Unknown
         ▤ 6/12/14 6:29 PM 7 weeks ago
         more ▾

         This message is for yeah, Liz bye. Yeah, M, bye. Yeah, I don't. Bye. This is just and if you go, Ohio calling with a message regarding your account. It is important
         that you return the call between the hours of 10 AM and 9 PM, Monday through Friday. The call back number toll free is bye, (877) 407-7676 bye.

         ► CC 26

☐        Unknown
         📞 6/6/14 4:42 PM 7 weeks ago 1 minute long
         more ▾

☐        ~1877407676 Add
         📞 5/7/14 6:35 PM 8 weeks ago 1 minute long
         Call  Text  more ▾

☐        Unknown
         📞 5/6/14 6:35 PM 8 weeks ago 1 minute long
         more ▾

☐        Unknown
         📞 5/2/14 4:41 PM 2 months ago 1 minute long
         more ▾

+Jeff        ⊞        🔔        ☐        ✓        <        >        Share        ⚙        ▾

71-80 of 338

Transcript useful?  ⭐

Inbox
☆

Transcript useful?

☆

Call quality?  ⭐

☆

Call quality?

☆

Call quality?

☆

Call quality?



Google Voice - History

https://www.google.com/voice#history/p8

Facebook | Home    Share on Facebook    Pride Of Detroit, a l    Dashboard - Travel

Google

Voice

CALL   TEXT

Inbox (1)
Starred
Voicemails (1)
Texts
History
More ▾

👤 Google Contacts ⑦

Your number:
(419) 359-0702
Credit: $0.10 ⊕

Send feedback

Actions ▾          ↻

☐   +12639182069  Add - Fort Wayne, IN
     ✆ 5/26/14 9:41 AM 5 weeks ago
     Call  Text  more ▾

☐   +18774077676  Add
     📧 5/28/14 6:28 PM 5 weeks ago
     This message is for yeah, Liz, yeah M. Yeah, I don't. Bye. This is just and if you go. Ohio calling with a message regarding your account. It is important that you
     return the call between the hours of 10 AM and 9 PM Monday through Friday to call back number. Toll free is 1(877)-407-7676.
     ▶ 00:27
     Call  Text  more ▾

☐   +18774077676  Add
     📧 5/28/14 4:36 PM 5 weeks ago
     Yes message is 4. Bye. Yeah, Liz, yeah M, bye. Yeah, I don't. Bye. This is just and if you go, Ohio calling with a message regarding your account, it is important
     that you return this call between the hours of 10 AM and 9 PM. Monday through Friday. The call back number toll free is. Yeah, 187-7407, yeah, 7676. Bye.
     ▶ 00:28
     Call  Text  more ▾

☐   Unknown
     📧 5/23/14 6:33 PM 5 weeks ago
     Yeah this message is for bye, Yeah, Liz. Bye, yeah M, bye. Yeah, I don't. Bye. This is just end if you go. Ohio calling with a message regarding your account, it is
     important that you return this call between the hours of 10 AM and 9 PM. Monday through Friday. A call back number toll free is. Yeah, 187-7407 bye 7676. Bye.
     ▶ 00:27

+Jeff      ⤓      Share

71-80 of 358    ✓    ❯

Inbox
☆

Transcript useful? 👍 👎

Inbox
☆

Transcript useful? 👍 👎

Inbox
☆



https://www.google.com/voice#history/p?

Google

Voice

CALL   TEXT

Inbox (1)
Starred
Voicemails (1)
Texts
History
More ˅

▲ Google Contacts ⓘ

Your number:
(419) 359-0702

Credit: $0.10 ⓖ

Send feedback

Actions ˅    more ▶

☐  +12609180866 Add - Fort Wayne, IN
   5/31/14 12:32 PM 4 weeks ago
   Call Text  more ▶

☐  +12609180866 Add - Fort Wayne, IN
   5/31/14 10:00 AM 4 weeks ago
   Call Text  more ▶

☐  Unknown
   5/30/14 4:46 PM 4 weeks ago
   ▶ 00:22      more ▶

   Yes message is 4. Bye. Yeah, Liz. Bye. yeah M, bye. Yeah. this is just and if you go. Hi. I'm calling with a message regarding your account. It is
   important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. A call back number toll free is. Yeah, 187-7407 heaven 575. Bye.

☐  +12609249331 Add - Fort Wayne, IN
   5/30/14 11:38 AM 4 weeks ago
   Call Text  more ▶

☐  +12609180866 Add - Fort Wayne, IN
   5/29/14 1:31 PM 4 weeks ago
   Call Text  more ▶

+Jeff    Share

61-70 of 659





Chrome File Edit View History Bookmarks Window Help

Google

Voice

CALL    TEXT

Inbox (1)
Starred
Voicemails (1)
Texts
**History**
More ▾

Your number:
(419) 359-0702
Credit: $0.10 ⓖ

Send feedback

▾    ▸    Actions ▾    ↻

☐    +12605180980 Add - Fort Wayne, IN
      📞 6/12/14 4:04 PM 2 weeks ago
Call  Text  more ▾

☐    +12605180980 Add - Fort Wayne, IN
      📞 6/12/14 3:19 PM 2 weeks ago
Call  Text  more ▾

☐    +12605180980 Add - Fort Wayne, IN
      📞 6/12/14 1:55 PM 2 weeks ago
Call  Text  more ▾

☐    +12609180980 Add - Fort Wayne, IN
      📞 6/12/14 10:36 AM 3 weeks ago
Call  Text  more ▾

☐    +18774077575 Add
      📧 6/11/14 4:10 PM 3 weeks ago
      ▸ 00:26    Click to edit.

"Yes message is for bye. Yeah, Liz. Bye. Yeah man, Bye. Yeah, I don't. Bye. Yeah, this is just and if you go. I'm calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. A call back number toll free is. Yeah, 187-7437 Yes, IN, 575, Bye.

Transcript useful?

Call  Text  more ▾

21-30 of 839    ‹  ›



Google

Voice

CALL   TEXT

Inbox (1)
Starred
Voicemails (1)
Texts
History
More ▾

👤 Google Contacts ⑦

Your number:
(419) 359-0702
Credit: $0.10 ⊕

Send feedback

Actions ▾   ↻

☐  +12609160066 Add - Fort Wayne, IN
    📞 8/18/14 3:29 PM 2 weeks ago
    Call  Text  more ▾

☐  +12609160069 Add - Fort Wayne, IN
    📞 8/18/14 1:50 PM 2 weeks ago
    Call  Text  more ▾

☐  +12609160066 Add - Fort Wayne, IN
    📞 6/16/14 10:26 AM 2 weeks ago
    Call  Text  more ▾

☐  Unknown
    📧 6/12/14 5:42 PM 2 weeks ago

    This message is for yeah... Liz bye. Yeah, M, bye hello. Bye. This is just and if you go, Ohio calling with a message regarding your account. It is important that you return this call between the hours of 10 AM and 5 is bye, (877) 407-7575 bye.

    ▸ 00:24

    Call      more ▾

☐  +12609160066 Add - Fort Wayne, IN
    📞 6/12/14 5:30 PM 2 weeks ago
    Call  Text  more ▾

11-20 of 559   ‹   ›

Transcript useful?



Pat Stuff    Facebook Home    Share on Facebook    Pride Of Detroit, a T...    Classmates - Travel

Google

Voice

[CALL]  [TEXT]

Inbox (1)

Starred

Voicemails (1)

Texts

History

More ▾

👤 Google Contacts ⑦

Your number:
(419) 359-0702

Credit: $0.10 ⑩

Send feedback

Actions ▾        ↻

☐    +855367444 Add
       📱 6/20/2014 3:45 PM 12 days ago
       Call  Text  more ▾

☐    +18774077675 Add
       ☐ 6/18/14 6:33 PM 2 weeks ago
       Yes message is for bye. Yeah, Liz. Bye, yeah! M, bye. Yeah, hello. Bye. Yeah, this is just and if you go, Ohio calling with a message regarding your account. It is
       Important that you return this call between the hours of 10 AM and 9 PM. Monday through Friday. You call back number toll free is. Yeah, 1877-4077 Yes. IN, 575
       Bye.
       ▶ 00:27
       Call  Text  more ▾

☐    +18038309637 Add - Holly Hill, SC
       📱 6/17/14 8:23 AM 2 weeks ago
       Call  Text  more ▾

☐    +12605160689 Add - Fort Wayne, IN
       📱 6/16/14 6:00 PM 2 weeks ago
       Call  Text  more ▾

☐    +18774077675 Add
       ☐ 6/16/14 3:34 PM 2 weeks ago
       Yes message is 4. Bye. Yeah, Liz, yeah M, bye. Yeah. hello. Bye. Yeah, this is just and if you go. Hi, I'm calling with a message regarding your account. It is
       Important that you return this call between the hours of 10 AM and 9 PM. Monday through Friday. The call back number toll free is. Yeah, 1877-407 heaven. 575. Bye.

11-20 of 359    ‹  ›



https://www.google.com/voice#history/p6

Google

Voice

CALL    TEXT

Inbox (1)

Starred
Voicemails (1)
Texts

History

More ▾

▲ Google Contacts ⑦

Your number:
(419) 359-0702
Credit: $0.10 ⊕

Send feedback

Actions ▾                                   ↻

51-60 of 356    ‹    ›

☐    +12606160289  Add - Fort Wayne, IN
       ↳ 6/2/14 8:32 PM 4 weeks ago
    Call  Text   more ▾

☐    +12609160869  Add - Fort Wayne, IN
       ↳ 6/2/14 6:35 PM 4 weeks ago
    Call  Text   more ▾

☐    +14193723020  Add - Bowling Green, OH
       ↳ 6/2/14 4:56 PM 4 weeks ago
    Call  Text   more ▾

☐    +12606160289  Add - Fort Wayne, IN
       ↳ 6/2/14 12:53 PM 4 weeks ago
    Call  Text   more ▾

☐    Unknown                                                                                        Inbox
       ▤ 6/2/14 4:45 PM 4 weeks ago

       Yea message is for bye. Yeah, Liz  Bye. Yeah man, Bye. Yeah, hello. Bye. Yeah. this is just and if you go. Hi, I'm calling with a message regarding your account. It
       is important that you return this call between the hours of 10 A.M and 9 P.M. Monday through Friday. The call back number toll free is. Yeah., 187-2437 heaven 576.
       Bye.

       ▶ 00:27

       more ▾

                                                                                          Transcript useful? 👍 👎



# Google Voice

**CALL**  **TEXT**

Inbox (1)
Starred
Voicemails (1)
Texts
**History**
More ▾

👤 Google Contacts ⑦

Your number:
(419) 359-0702
Credit: **$0.10** ⑩

Send feedback

---

▾      Actions ▾      ↻

1-10 of 359      1-10 of 359  ‹  ›

☐  📞 8/25/14, 1:18 PM 6 days ago 1 minute long
   Call  Text  more ▸

☐  📞 +18774077675 Add  8/25/14 3:42 PM 7 days ago 1 minute long
   Call  Text  more ▸                                   Call quality?

☐  📞 +18774077675 Add  8/25/14 3:18 PM 7 days ago 1 minute long
   Call  Text  more ▸                                   Call quality?

☐  ✉ Unknown  6/23/14, 4:12 PM 6 days ago
   This message is for Phyllis, um, That else. This is just and if you go, Ohio calling with a message regarding your account. It is important that you return the call between the hours of 10 AM and 9 PM Monday through Friday. The call back number toll free is 1(877) 407-7675.
   ▸ CC:28                                              Call quality?
   more ▸

☐  📞 +14193800527 Add - Toledo, OH  8/23/14 10:41 AM 10 days ago 1 minute long
   Call  Text  more ▸                                   Transcript useful?

Next Page ▸





mlas.google.com/maps?q=Toledo, OH&hl=en_US



Google

**Voice**

**CALL**  **TEXT**

Inbox (1)
Starred
Voicemails (1)
Texts
**History**
More ▼

👤 Google Contacts ⑦

Your number:
(419) 359-0702

Credit: **$0.10** ⊕

Send feedback

Actions ▼    ↻

☐ +18774077575 Add
   ⊡ 6/4/14 6:53 PM 4 weeks ago
   This message is for Yeah, Liz, yeah M, Yeah, I don't. Bye. This is just and if you go, Ohio calling with a message regarding your account. It is important that you
   return the call between the hours of 10 AM and 9 PM Monday through Friday to call back number. Toll free is 1(877) 407-7575.
   ▶ 00:26
   Call  Text  more ▼

☐ +12605180986 Add - Fort Wayne, IN
   ⌣ 6/4/14 6:17 PM 4 weeks ago
   Call  Text  more ▼

☐ +12605180989 Add - Fort Wayne, IN
   ⌣ 6/4/14 6:16 PM 4 weeks ago
   Call  Text  more ▼

☐ +14193722000 Add - Bowling Green, OH
   ⌣ 6/4/14 4:53 PM 4 weeks ago
   Call  Text  more ▼

☐ +12605180988 Add - Fort Wayne, IN
   ⌣ 6/4/14 1:16 PM 4 weeks ago
   Call  Text  more ▼

☐ +12605180989 Add - Fort Wayne, IN



Chrome    File    Edit    View    History    Bookmarks    Window    Help

Google

Voice

| CALL | TEXT |

Inbox (1)
Starred
Voicemails (1)
Texts
**History**
More ▼

👤 Google Contacts ⑦

Your number:
**(419) 359-0702**

Credit: **$0.10** 🌐

Send feedback

▼ | Aciera ▼ | ↻

41-50 of 325    ‹    ›    ⚙ ▼

☐  👤  +1877-077875 Add
    📧 6/6/14 4:46 PM 3 weeks ago                                    Inbox
                                                                    ☆

This message is for yeah. Liz, yeah M. Yeah, I don't. This is just and if you go, Ohio calling with a message regarding your account. It is important that you return the
call between the hours of 10 AM and 9 PM Monday through Friday to call back number. Toll free is 1(877) 407-7575.

▶ 00:27                                                    Transcript useful?

Call  Text  more ▼

☐  👤  +12605180869 Add - Fort Wayne, IN
    📞 6/6/14 2:54 PM 3 weeks ago                                    ☆

Call  Text  more ▼

☐  👤  +14193805027 Add - Toledo, OH
    📞 6/6/14 1:23 PM 3 weeks ago                                    ☆

Call  Text  more ▼

☐  👤  +12605180866 Add - Fort Wayne, IN
    📞 6/6/14 12:11 PM 3 weeks ago                                   ☆

Call  Text  more ▼

☐  👤  +14193728000 Add - Bowling Green, OH
    📞 6/6/14 7:25 PM 3 weeks ago                                    ☆

Call  Text  more ▼



https://www.google.com/voice/#history/p4

Google

Voice

**CALL**   **TEXT**

Inbox (1)
Starred
Voicemails (1)
Texts
**History**
More ▾

⚙ Google Contacts ⑦

Your number:
(419) 359-0702
Credit: **$0.10** ⑧

Send feedback

☐ ▾   Actions ▾   ↻

31-40 of 358   ⟨   ⟩

☐   +12609180869 **Add** - Fort Wayne, IN
      📞 6/9/14 3:39 PM 3 weeks ago
      **Call   Text**   more ▾

☐   +12609180866 **Add** - Fort Wayne, IN
      📞 6/9/14 9:39 AM 3 weeks ago
      **Call   Text**   more ▾

☐   +12609180866 **Add** - Fort Wayne, IN
      📞 6/7/14 4:23 PM 3 weeks ago
      **Call   Text**   more ▾

☐   +12609180869 **Add** - Fort Wayne, IN
      📞 6/6/14 8:43 PM 3 weeks ago
      **Call   Text**   more ▾

☐   +12609180869 **Add** - Fort Wayne, IN
      📞 6/6/14 4:46 PM 3 weeks ago
      **Call   Text**   more ▾



Google

Voice

CALL    TEXT

Inbox (1)
Starred
Voicemails (1)
Texts
History
More ▾

👤 Google Contacts ⑦

Your number:
(419) 359-0702
Credit: $0.10 ⊕

Send feedback

Actions ▾    ↻

31-40 of 538    ‹  ›

☐  +14193723000  Add - Bowling Green, OH
    📞 6/8/14 7:55 PM 3 weeks ago.
    Call  Text  more ▾                                      ☆

☐  +12605160286  Add - Fort Wayne, IN
    📞 6/9/14 6:34 PM 3 weeks ago
    Call  Text  more ▾                                      ☆

☐  +18774077676  Add                              Inbox
    📧 6/9/14 4:32 PM 3 weeks ago:                          ☆

    ▶ 0:27

    Yes this message is ≠ Bye  Yeah, Liz, Bye  Yeah man, Bye. Yeah, hello. Bye. Yeah, this is just and if you go, Ohio calling with a message regarding your account. It is
    important that you return this call between the hours of 10 AM and 9 PM, Monday through Friday. A call back number toll free is, Yeah, 1877407 heaven 676  Bye.

    Call  Text  more ▾

☐  +12605160286  Add - Fort Wayne, IN
    📞 6/9/14 3:40 PM 3 weeks ago
    Call  Text  more ▾                                      ☆

☐  +12605160286  Add - Fort Wayne, IN
    📞 6/9/14 3:39 PM 3 weeks ago
    Call  Text  more ▾