IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY FRANK KLEIN, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> COMMERCE ENERGY, INC., d/b/a JUST ) <br> ENERGY, a California Corporation, and ) <br> COLLECTCENTS, INC., o/a CREDIT ) <br> BUREAU OF CANADA, a Foreign Corporation, ) <br> ) <br> Defendants. ) | Civil Action No. 14-1050 |

## ORDER

**AND NOW,** this 21st day of June, 2017,

**IT IS HEREBY ORDERED** that for the reasons set forth in the accompanying opinion, the motion for summary judgment [ECF No. 113] filed with respect to Counts I, II, and III by defendant Collectcents, Inc., o/a Credit Bureau of Canada is **GRANTED**.

**IT IS HEREBY ORDERED** that for the reasons set forth in the accompanying opinion, the motion for summary judgment [ECF No. 119] filed with respect to Counts IV and V by defendant Commerce Energy, Inc. d/b/a Just Energy is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment is entered against plaintiff Jeffrey Frank Klein and in favor of defendants Collectcents, Inc., o/a Credit Bureau of Canada and Commerce Energy, Inc. d/b/a Just Energy on all counts filed against them.

The clerk shall mark this case closed.

By the court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge